# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| RICCO DONTAE WALTERS, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-17-904-M |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

## ORDER

On August 29, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983 alleging violations of plaintiff's constitutional rights at the Davis Correctional Facility in Holdenville, Oklahoma. The Magistrate Judge recommended that this action be transferred to the United States District Court for the Eastern District of Oklahoma under 28 U.S.C. § 1404(a). Plaintiff was advised of his right to object to the Report and Recommendation by September 18, 2017. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(A) ADOPTS the Report and Recommendation [docket no. 4] issued by the Magistrate Judge on August 29, 2017, and

(B) TRANSFERS this case to the United States District Court for the Eastern District of Oklahoma under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED this 13th day of October, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE